ev. 12/03) Judgment in Criminal Case
eet 2 — Imprisonment

Judgment — Page __2__ of __6__

NT:    GEORGE SCOTT
MBER:  3:03-CR-00026-001-CDL

## IMPRISONMENT

defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a

__37 months__

court makes the following recommendations to the Bureau of Prisons:

defendant is remanded to the custody of the United States Marshal.

defendant shall surrender to the United States Marshal for this district:

at _____ ☐ a.m. ☐ p.m. on _____ .

as notified by the United States Marshal.

defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

before 2 p.m. on _____ .

as notified by the United States Marshal.

as notified by the Probation or Pretrial Services Office.

## RETURN

ated this judgment as follows:

ndant delivered on __June 29th, 2004__ to __FPC Atlanta__

__Atlanta Georgia__, with a certified copy of this judgment.

_G. Maldonado Jr. Warden_
~~UNITED STATES MARSHAL~~

By _Dexter R. Braham L.I.E_
~~DEPUTY UNITED STATES MARSHAL~~